176 So. 809

**STATE ex rel. Thelma DUEITT v. J. Blocker THORNTON, Judge, etc.**

**1 Div. 989.**

Supreme Court of Alabama.

Nov. 4, 1937.

J. Terry Reynolds, Jr., and Wm. H. Cowan, both of Mobile, for petitioner.

Jere Austill, of Mobile, opposed.

PER CURIAM.

Petition of Thelma Dueitt for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of State ex rel. Thelma Dueitt v. J. Blocker Thornton, Judge, etc., 176 So. 809.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.